**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Gene Ward KELLER, Defendant-Appellant.**

No. 25578.

United States Court of Appeals, Ninth Circuit.

Aug. 21, 1970.

Rehearing Denied Sept. 10, 1970.

———◆———

Eugene R. Nielson (argued), Ronald G. Neubauer, Seattle, Wash., for defendant-appellant.

Jerald Olson (argued), Asst. U. S. Atty., Stan Pitkin, U. S. Atty., Seattle, Wash., for plaintiff-appellee.

Before MERRILL and CARTER, Circuit Judges, and THOMPSON, District Judge.*

PER CURIAM:

Appellant has been convicted, following trial to the court without a jury, of intercepting telephone communications by way of wire tap and of divulging the contents of such intercepted communications in violation of 47 U.S.C. § 605.

The record contains ample evidence to support the trial court's finding that the wire tap was not authorized by the sender and that the appellant acted knowingly and wilfully.

Judgment affirmed.

* Honorable William J. Jameson, United States District Judge for the District of Montana, sitting by designation.

* Honorable Bruce R. Thompson, United States District Judge for the District of Nevada, sitting by designation.